COURT MADE CHANGES TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMIRALI JIWANI, an individual;<br><br>　　　　Plaintiff,<br><br>v.<br><br>SOLENIS LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-06402-DSF-JEM<br><br>Judge: Honorable Dale S. Fischer<br><br>[~~PROPOSED~~] ORDER<br>(Filed concurrently with Stipulated Protective Order Governing Confidential Information) |

## ORDER

The Court, having considered the Parties' Stipulated Protective Order Governing Confidential Information, and good cause appearing, HEREBY ENTERS the Stipulated Protective Order Governing Confidential Information.

IT IS SO ORDERED.

Dated: 5/17/2021

*John E. McDermott*

HONORABLE JOHN E. MCDERMOTT
United States Magistrate Judge

1