# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRALI JIWANI, an individual;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SOLENIS LLC., a Delaware limited liability company, and DOES 1-25, inclusive,<br><br>　　　　Defendants, | Case No.: 2:20-cv-06402-DSF-JEM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

## ORDER

The stipulation is approved. The entire action, including all claims stated herein against parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 13, 2021

THE HONORABLE DALE A. FISCHER
UNITED STATES DISTRICT JUDGE